# Appendix Vol. II

## TABLE OF CONTENTS

Defendants' Exhibit 58D .................................................................... 140

Certification of the Record

Certificate of Service

## 8-1-15 to 7-5-17
## Velocity Player Royalty Summary Report

**Start Date:** 8/1/2015
**End Date:** 7/5/2017

| | | Rtns | Holds | Players | |
|---|---|---|---|---|---|
| 68 Inside Sports | $50.00 | | | 1 | $50.00 |
| All American Baseball | $50.00 [RTN:$40.00] | 4 | | 19 | $910.00 |
| All-star Performance | $50.00 [RTN:$40.00] | 19 | 3 | 60 | $2,810.00 |
| Athletic Position | $50.00 [RTN:$40.00] | 4 | | 6 | $260.00 |
| Bobby Valentine Sports | $50.00 [RTN:$40.00] | 4 | | 34 | $1,660.00 |
| Burke Baseball | $50.00 [RTN:$40.00] | 1 | | 5 | $240.00 |
| Carolina Combat Baseball | $50.00 | | | 14 | $700.00 |
| Chuck Rouda Baseball | $50.00 [RTN:$40.00] | 12 | | 40 | $1,880.00 |
| Diamond Fitness Pitching | $80.00 | | 1 | 2 | $160.00 |
| Doxco Pitching Adameny | $80.00 | | | 1 | $80.00 |
| Dugout Of Chester Co. | $50.00 | | | 3 | $150.00 |
| Ecba | $50.00 [RTN:$40.00] | 1 | | 10 | $490.00 |
| Elite Arm Care | $50.00 | | | 3 | $150.00 |
| Em Academy | $50.00 [RTN:$40.00] | 6 | | 23 | $1,090.00 |
| Excel Sports & Pt | $50.00 [RTN:$40.00] | 1 | | 1 | $40.00 |
| Full Count Academy | $50.00 [RTN:$40.00] | 1 | | 10 | $490.00 |
| Homer Baseball | $50.00 | | | 1 | $50.00 |
| Legends Sports Academy | $50.00 [RTN:$40.00] | 24 | | 80 | $3,760.00 |
| Lincoln Sports Academy | $50.00 | | | 10 | $500.00 |
| Mannino's Grand Slam | $50.00 | | | 2 | $100.00 |
| Mcintosh Baseball | $50.00 | | | 2 | $100.00 |
| New York Empire Baseball | $80.00 | | | 8 | $640.00 |
| Nothing But Baseball | $50.00 | | | 2 | $100.00 |
| Npa | $180.00 | | | 12 | $2,160.00 |
| On Deck Baseball | $50.00 | | | 1 | $50.00 |
| Panther Pt | $50.00 | | | 2 | $100.00 |
| Pastime Training Center | $50.00 | | | 4 | $200.00 |
| Performance Academy | $50.00 [RTN:$40.00] | 1 | | 6 | $290.00 |
| Pitch In The Zone | $80.00 | | | 8 | $640.00 |
| Players Edge Sports Academy | $50.00 | | | 6 | $300.00 |
| Players' Dugout | $50.00 [RTN:$40.00] | 72 | 1 | 446 | $21,580.00 |
| Pro Pitching Inc. | $80.00 | | | 66 | $5,280.00 |
| Pro Teach Baseball | $50.00 | | | 3 | $150.00 |
| Sandlot Softball Academy | $50.00 | | | 10 | $500.00 |
| Sheehan Pitching Academy | $80.00 [RTN:$40.00] | 3 | | 23 | $1,780.00 |
| Sj Elite Sports Academy | $50.00 [RTN:$40.00] | 10 | | 20 | $900.00 |
| Tampa Bay Baseball Academy | $80.00 [RTN:$40.00] | 4 | | 12 | $880.00 |
| The Baseball Lab | $50.00 | | | 9 | $450.00 |
| The Clubhouse | $80.00 [RTN:$40.00] | 27 | | 87 | $6,420.00 |
| Total Sports Academy | $50.00 | | | 11 | $550.00 |
| Upper Deck Baseball | $80.00 [RTN:$40.00] | 1 | | 17 | $1,340.00 |
| Virtual Baseball | $50.00 [RTN:$40.00] | 3 | | 4 | $170.00 |

## 8-1-15 to 7-5-17
## Velocity Player Royalty Summary Report

**Start Date:** 8/1/2015
**End Date:** 7/5/2017

| | | | | | Rtns | Holds | Players | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $60,150.00 |

**Velocity Ball Sets Sent for Date Range  8/1/2015 -TO- 7/5/2017**

| Date Sent | Description | Qty Sent | Carrier | Method | Ship-Cost | Other-Charge | | Total |
|---|---|---|---|---|---|---|---|---|
| 8/5/2015 | BASEBALL Ball Sets | 25 | FEDEX | STANDARD | $-105.05 | $-1,748.75 | | $-1,853.80 |
| | | | | **Total Royalty Fee** | 198 | 5 | 1084 | $58,296.20 |

141

PDI 00021

## CERTIFICATE OF THE RECORD

I hereby certify that the documents included in this Appendix are properly part of the record and were admitted into evidence at trial.

s/ Burt A. Stinson<br>
<em>Counsel for Appellants</em>

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2023, I filed a copy of the foregoing Appendix and served it on all parties by filing it through the Court's CM/ECF System. Counsel for all parties are registered ECF users.

s/ Burt A. Stinson
*Counsel for Appellants*
